# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTONIA RODRIGUEZ, | |
|       Plaintiff, | 2:15-cv-00041-JCM-CWH |
| vs. | |
| FRSCO CORPORATION, *et al.,* | **ORDER** |
|       Defendants. | |

Before the court is the Motion for Waiver of Attendance at ENE (#13).

Defendant seeks the court to excuse Defendant's insurance carrier representative from personally attending the ENE. Defendant has given sufficient reason to grant its Motion for Waiver of Attendance at ENE.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion for Waiver of Attendance at ENE (#13) is GRANTED with the condition that Defendant's insurance carrier representative is available by telephone for the duration of the ENE.

DATED this 2nd day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE