UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTONIA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRSCO CORPORATION, *et al.*,<br><br>                    Defendants. | 2:15-cv-00041-JCM-CWH<br><br>**ORDER** |

On March 27, 2015, the parties filed a Stipulation and Order to Dismiss Entire Action with Prejudice (#15).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for April 1, 2015 is VACATED.

DATED this 30th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE